IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA CLOINGER**                                                                                    **PLAINTIFF**

v.                                            Case No. 3:13-cv-00159-KGB

**MURPHY OIL CORPORATION**
**and MURPHY OIL USA, INC.**                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Barbara Cloinger's motion to stay service (Dkt. No. 5). Ms Cloinger requests that the Court stay service of process on the defendants pending a ruling on her motion for declaratory judgment or, in the alternative, pending arbitration if so ordered by the Court. For good cause shown, Ms. Cloinger's motion is granted. The time for service of process is hereby stayed until the Court rules on Ms. Cloinger's motion for declaratory judgment or, in the alternative, orders arbitration.

IT IS SO ORDERED this 24th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE