IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA CLOINGER**                                                   **PLAINTIFF**

v.                      **Case No. 3:13-cv-00159-KGB**

**MURPHY OIL CORPORATION**
**and MURPHY OIL USA, INC.**                                        **DEFENDANTS**

## ORDER

On June 24, 2013, plaintiff Barbara Cloinger filed this action against her former employers, Murphy Oil Corporation and Murphy Oil USA, Inc. (together, "Murphy Oil") (Dkt. No. 1). On September 25, 2013, Ms. Cloinger filed a motion for declaratory judgment requesting the Court enter a declaratory judgment stating she has fulfilled her obligation under the arbitration/mediation agreement and may proceed against defendants pursuant to her complaint (Dkt. No. 3). Ms. Cloinger also filed a motion to stay service of process pending a ruling on her motion for declaratory judgment (Dkt. No. 5). On October 24, 2013, the Court granted Ms. Cloinger's motion to stay service of process pending a ruling on Ms. Cloinger's motion for declaratory judgment (Dkt. No. 6).

Having reviewed Ms. Cloinger's motion for declaratory judgment, the Court directs her to file with the Clerk of the Court a copy of any arbitration/mediation agreements between her and defendants for the Court's consideration. If Ms. Cloinger deems it necessary, she has this Court's permission to file such agreements under seal.

Further, the Court determines that defendants should have an opportunity to respond to Ms. Cloinger's motion for declaratory judgment. Accordingly, the Court lifts the stay on service of process that it previously ordered. Because the initial 120-day deadline for Ms. Cloinger to serve process on defendants has passed, the Court orders that Ms. Cloinger shall have 60 days

from the date of this Order to serve the complaint and all filings since the complaint on defendants. Fed. R. Civ. P. 4(m) (requiring that the Court extend the time for service for an appropriate period upon a showing of good cause). Once notice of service of process has been filed with the Court, defendants shall have 14 days to respond to Ms. Cloinger's motion for declaratory judgment.

      IT IS SO ORDERED this 17th day of December, 2013.

                                                            _____
                                                            KRISTINE G. BAKER
                                                            UNITED STATES DISTRICT JUDGE