IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA CLOINGER**                                                                                     **PLAINTIFF**

v.                                    Case No. 3:13-cv-00159-KGB

**MURPHY OIL CORPORATION**
**and MURPHY OIL USA, INC.**                                                                 **DEFENDANTS**

## ORDER

Plaintiff Barbara Cloinger filed a motion for order dismissing without prejudice her complaint (Dkt. No. 8).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ms. Cloinger has the right to dismiss voluntarily her claims against defendants.  For good cause shown, Ms. Cloinger's complaint is dismissed without prejudice.  Ms. Cloinger's motion for declaratory judgment is denied as moot (Dkt. No. 3).

IT IS SO ORDERED this 30th day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE